IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SHANEA K. ESTES, | : |
| *Plaintiff*, | : |
| | : Case No. 1:24-cv-00465-JPH |
| v. | : |
| | : Judge Jeffery P. Hopkins |
| UNIVERSITY OF CINCINNATI, *et al.*, | : |
| *Defendants*. | : |

## ORDER

These matters are before the Court on Defendant Jane Strasser's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim (Doc. 5) and Plaintiff Shanea K. Estes' ("Plaintiff") Motion to Dismiss Defendant University of Cincinnati Medical Center, LLC ("UCMC"). Doc. 8.

On November 4, 2024, Defendant Jane Strasser filed a Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction and for Failure to State a Claim. Doc. 5. Three weeks later, on November 25, 2024, Plaintiff filed an Amended Complaint in accordance with Fed. R. Civ. P. 15(a)(1)(B). Doc. 6. Defendant Jane Strasser has since responded by filing a second Motion to Dismiss Plaintiff's Amended Complaint for Lack of Subject Matter Jurisdiction and for Failure to State a Claim. Doc. 9. Accordingly, Defendant Jane Strasser's first Motion to Dismiss (Doc. 5) is hereby **DENIED AS MOOT**. *See Crawford v. Tilley*, 15 F.4th 752, 759 (6th Cir. 2021) ("The general rule is that filing an amended complaint moots pending motions to dismiss.")

Moreover, on November 25, 2024, Plaintiff filed a Motion to Dismiss Defendant University of Cincinnati Medical Center, LLC in accordance with Fed. R. Civ. P. 21. Doc.

8. Plaintiff brought the motion "in good faith[,]" and "after consultation with opposing counsel[,]" agreed that UCMC is not "an essential or necessary party to the disposition of Plaintiff's claims." *Id.* at PageID 87. On a party's motion or on its own, the Court "may at any time, on just terms, add or drop a party." *See* Fed. R. Civ. P. 21. Finding Plaintiff's averments regarding the circumstances of her motion to constitute "just terms," the Court hereby **GRANTS** Plaintiff's Motion to Dismiss Defendant UCMC as a party to this action. Doc. 8.

    **IT IS THEREFORE ORDERED** that Defendant University of Cincinnati Medical Center, LLC is dismissed as a party to this civil action **WITHOUT PREJUDICE** as to refiling, and the Clerk is **DIRECTED** to terminate UCMC from the docket.

    **IT IS SO ORDERED.**

July 25, 2025

Jeffery P. Hopkins
United States District Judge

2