**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| SHANEA K. ESTES, | : | |
| *Plaintiff*, | : | Case No. 1:24-cv-465 |
| vs. | : | Judge Jeffery P. Hopkins |
| UNIVERSITY OF CINCINNATI, | : | |
| *Defendant*. | : | |

# SCHEDULING ORDER

A preliminary pretrial conference was held by telephone in this case on March 4, 2026. Attorney Justin M. Whittaker appeared on behalf of Plaintiff; Attorney Chloe Carpentier appeared on behalf of Defendant.

## PERTINENT SETTINGS

| | |
|---|---|
| Required disclosures under Fed. R. Civ. P. 26(a)(1): | **March 26, 2026** |
| Settlement demand by Plaintiff upon Defendant to be made by: | **March 10, 2026** |
| Response to settlement demand by: | **April 10, 2026** |
| Deadline for motions directed to pleadings: | **May 29, 2026** |
| Deadline for motions to amend pleadings and/or add parties: | **April 27, 2026** |

*Following these dates, motions directed to pleadings and amendment to pleadings may be made only upon leave of Court, with notice to opposing counsel.*

| | |
|---|---|
| Disclosure of lay witnesses: | **October 26, 2026** |
| Plaintiff's expert report(s) and designation(s): | **September 4, 2026** |
| Defendant's expert report(s) and designation(s): | **November 5, 2026** |

Rebuttal expert report(s) and designation(s): **November 19, 2026**

Deadline for discovery: **December 11, 2026**

*The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d). Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.*

Dispositive motion deadline: **February 12, 2027**

*Motions for summary judgment shall not be filed before the close of discovery without leave of Court. See Standing Order Governing Civil Cases.*

Final Pretrial Conference: **To be determined**

Jury Trial: **To be determined**

**IT IS SO ORDERED**.

Dated: March 4, 2026

Jeffery P. Hopkins
United States District Judge